UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARNALDO FLORES : | |
| : | |
| v. : | NO. 3:23-cv-598-SVN |
| : | |
| KILOLO KIJAKAZI, COMMISSIONER : | |
| OF SOCIAL SECURITY : | |

## **JUDGMENT**

This action having come before the Court on plaintiff's Motion for Order Reversing the Decision of the Commissioner or in the Alternative Motion for Remand for a Hearing and defendant's cross-Motion for Entry of Judgment Under Sentence Four Of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant before the Honorable Sarala V. Nagala, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, and having issued an Order granting defendant's consent motion and remanding this case to the Commissioner for additional administrative proceedings; it is hereby

ORDERED, ADJUDGED and DECREED that judgment is hereby entered reversing the Commissioner's decision and the case is closed.

Dated at Hartford, Connecticut, this 8th day of November, 2023.

DINAH MILTON KINNEY, Clerk

By   /S/ Jeremy J. Shafer
        Jeremy Shafer
        Deputy Clerk

EOD: 11-8-2023